HENRY VOLLMER, JR., as Trustee in Bankruptcy of CASPER M. BOWER, Appellant, *v.* WALTER SELIGMAN, Respondent.

Argued March 6, 1945; decided April 12, 1945.

*Benjamin A. Chorosh* and *Martin Winter* for appellant.

*Wm. Dwight Whitney, Harold R. Medina, Jr.,* and *Jack W. Robbins* for respondent.

Judgment affirmed, with costs upon the ground that there was no proof of any breach of the agreement alleged in the thirteenth paragraph of the complaint. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.